# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

## John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To:    Mayerli Laguna Lovo                    Date: 3/11/2026

Case: 5:26-cv-00311                           Party: Movant

Your pleading, __Emergency Motion for Temporary Restraining Order__ ,

was filed on __03/11/26__ , but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)        or        [ x ] Corrective Actions Required

1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☒ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

6. Motion is not in compliance with Local Rules.

   a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   b. No good faith document was submitted. (L.R. 26.5)
   c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:

   Sign and return the enclosed copy of the Motion.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: __912-650-4141__

Ann Duke, Deputy Clerk